# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 543 EAL 2015

              Respondent      :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court
          v.              :

JULIO ESQUILIN,           :

              Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.